**No. 49013.**—Protest 658623–G of Ralph B. Stevens, a/c Caradine Hat Co. (Minneapolis).

Opinion by TILSON, J.   The record showed that certain of the items consist of hats known as harvest hats, similar to those involved in *Caradine* v. *United*

*States* (9 Cust. Ct. 69, C. D. 664), which record was incorporated herein. In accordance therewith the hats in question were held dutiable at 25 percent under paragraph 1504 (b) (5) as claimed.